■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFRICA R. CLARKE, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered October 28, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree (three counts), criminal possession of a controlled substance in the fourth degree (three counts) and criminal possession of a controlled substance in the fifth degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.